UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SELLERS,

    Petitioner,

v.                                      Case No. 3:19cv4936-LC-HTC

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS
RICKY DIXON,

    Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 25, 2022 (ECF No. 29). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Case No. 3:19cv4936-LC-HTC

Accordingly, it is **ORDERED**:

1. The amended petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Sellers*, 2003-CF-24 (Santa Rosa County Cir. Ct.), ECF Doc. 7, is DENIED without an evidentiary hearing.

2. A certificate of appealability is DENIED.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of June 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**